# UNITED STATES DISTRICT COURT

### for the

Western District of Missouri

_____ Division

Allen Cassidy

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Green County Jail
COI Wheeler
COI John Doe #1 and #2
Transfer Supervisor *Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only:* the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
All other names by which
you have been known:
ID Number
Current Institution
Address

Allen Cassidy DOC#1143059
Fulton DOC.
1393 Rote, O

Fulton     MO.     65251
       *City*         *State*        *Zip Code*

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name
Job or Title *(if known)*
Shield Number
Employer
Address

Green County Jail
5100 W. Division St.
Springfield, MO. 65802
      *City*       *State*      *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2
Name
Job or Title *(if known)*
Shield Number
Employer
Address

COI Wheeler
Jail Officer, Transfer Officer, Driver of Bus
5100 W. Division, St.
Springfield,   MO.   65802
      *City*       *State*      *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

COI John DO (name unknown at this time) Transfuer Officer Defendent 4) COI John DO (name unkw at this time) Transfuer Offic

Springfield MO 65802
*City*      *State*      *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 5

Name

Job or Title *(if known)*

Shield Number

Employer

Address

COII or COIII Jane or John DO Transfurer Superviser

5100 W. Divison St.
Springfield MO 65802
*City*      *State*      *Zip Code*

☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. Eighth Amendment, 2. Rehabilitation Act, 3. Americans with Disailites Act,

C.   Plaintiffs suing under *Bivens* may only recover for the violation of constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?



D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All defendants was doing there Jobs as GCJ employes and that they acted under color of state law.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows (*check all that apply*):

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (*explain*)

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. (See attched #2

I was being transfer from green County Jail to Fulton DAC, I was loaded on to bus at GCJ and I ended at FDAC,

C.    What date and approximate time did the events giving rise to your claim(s) occur?

It was on Sep. 10, 2025 at 7:00Am to 3:00pm

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See all paper #2

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See all paper #2

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want this to never happen agin I want to know that GCJ gets this fixed so no one has to go thowh it ggin, Im asking Ro #1,000,000

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Green County Jail

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.     If you did file a grievance:

1.  Where did you file the grievance?

2.  What did you claim in your grievance?

3.  What was the result, if any?

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

I was being transferred to D.O.C. and I'm no longer in GCT have to be in GCT to file one

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I told the CO that brought me, they said file the paperwork,

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I'm not sure what else to do

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

Since I'm not able to file the grievance

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

         ☐ Yes

         ☒ No

B.      If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.    Parties to the previous lawsuit
         Plaintiff(s) _____
         Defendant(s) _____

     2.    Court *(if federal court, name the district; if state court, name the county and State)*
         _____

     3.    Docket or index number
         _____

     4.    Name of Judge assigned to your case
         _____

     5.    Approximate date of filing lawsuit
         _____

     6.    Is the case still pending?

         ☐ Yes

         ☐ No

         If no, give the approximate date of disposition. _____

     7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

         _____

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Allen Cassidy

Defendant(s)    MO. DOC

2.    Court *(if federal court, name the district; if state court, name the county and State)*

US District Court
Western District of MO.

3.    Docket or index number

2:20-cv-04250-SRB / 2:21-cv-04100-SRB

4.    Name of Judge assigned to your case

Judge Stephen Bough

5.    Approximate date of filing lawsuit

12/2020

6.    Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

I'm Still dealing with It

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sep, 6 2025

Signature of Plaintiff

Printed Name of Plaintiff Allen Cassidy

Prison Identification # 1143059

Prison Address 1393 Rote O

Fulton     MO     65251
       City        State        Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
       City        State        Zip Code

Telephone Number _____

E-mail Address _____

# #1

## Statement of Claim

On 9-10-25 plaintiff was being tranfered from Green County Jail to FRDC. When all the offenders was put in Cuffs we was lined up to be put on bus, when my name was called I was rolled out to the bus COI wheeler, one of the transfor officer was standing at the door to the bus, I was told by COI wheeler to wait by the side of the bus for everyon to load up frist. While waiting COI John DO #1 came up to me, he was Driver of the van that had all of our property in it. I ask him if I could Just ride in the van with him, he said it was full of property I said he could put the property in the bus and me in the van, he said not going to happen, I said dint he think it would be safer the me climing up in the bus, he said not his call, he was Just doing his Job that was one the transfer superviser who pick out who was being transfered and what vehicle they was transfered in. I ask if it was there Job to make sure if there was

someon who needed to have a handicap
vehicle to move them then its there
Job. he said ya it was, it was
Just his to make sure we all got
moved to wherever it was we was going.
After everyone was loaded me and another
offender who was also in a whilechair
was told to load up, by COI Wheeler
and COI John Do #2. I was pushed
to the Bus door, I ask the CO how
I was to get up in the Bus, they
said to figuer it out. the stairs
up on to the bus was so narrow
there was only room for me, the CO could
not have help it they wanted to.
With me only having one leg, I had to
get out of my chair hop to the staires
and was forced to use my stump on
the staires, and half crawl and half pulle
my way up the staires, while trying to move
my stump to the next step I hit my
stump on the courner of the hard rubber,
plastic of the steps causing a sharp pain
to shoot up my leg and for my stump
to start to coinvulse making it hit and
scrap the sides, top and walls of the
stairs casusing multiple scraps and
to rasons. I was put in a small (pg. 2)

cage at the front of the bus
when I finally got up to the
top of the stairs. I told COI
John DO#2 I was hurt that
my leg got hit on the way up
he asked if it was life threatening
I said no but it hurt bad,
he said then it can wait tell I
got to FRDC, It was not his
problum, He shut the gate exit
the bus and got in the front of
bus with COI Wheeler and we
left to FRDC. On the way
to FRDC I talk to some
offender in the front of bus who
seen what happen, thy names are
watson, Singleton, May Berry, and
Hill. Two of them went to the
same wing in FRDC and over
the next few day sien the bruises
and scraps on my stup, they was
James Singleton, and Cody Watson
when we got to FRDC and
made our way off the bus
aftere takin a shower and
doing our intake at FRDC

(PG 3)

I was seen by a nurse, I told her that because of what happen on the transfer, my leg was so sore and hurting I was having problems walking and ask if I could get a layin, I was given a 14 day layin for a wheel chair tell my leg ~~could~~ head up from the injureys that was caused during the transport

I feel like the CO acted with deliberate Indifference ~~need~~ to the need for my safty, I think they caused wanton incliction of pain, and cruer and unusual punishment It could of all bee avoided by not braking my rights and transfering me in a safe and secuer way, the legal way in a ~~correct~~ vehicle made to transport handicap people.

D. I was Forced in to a unsafe transfer by GCJ officer, diffendent 1, 2, 3, and 4. forced me to get out of wheelchaire and, koping, crawling and pulling my way on to the transfe Bus, with no help from the officer there cuz there was no room, getting humilated infront of all the other inmates watching me, When I could of been put on a wheelchair ramp and safly loaded in to a Transfer Bus safly.

V. I ended up with scatchs on my nub, I had a bruise that was there for a week where I hit my nub trying to get up the stires to a set in the Bus when I got to FRDX, I had to get a wheelchair Layin for a 2 week eue my leg was hurt so bad It was making me sore with my prostictic on.

Allen Cossidy #1143059    7A 105-01
Fulton Respton and Direatie
1393 Rote O
Fulton, mo. 65251

This correspondence is from an inmate in the custody of
the Missouri Department of Corrections. The Department
is not responsible for the content of this correspondence.
For information about the Department or to verify
information about the offender, please visit our website at
www.doc.mo.gov

United States District Court
Western District of Missouri
400 East 9th Street
Kansas City, mo. 64106

641063260700015